IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HUMPHREYS & PARTNERS
ARCHITECTS, L.P.,

               Plaintiff,

    vs.

COMMERCIAL INVESTMENT
PROPERTIES, INC., STUDIO951, LTD.,
LUND COMPANY, and EAST LAKE
FLATS, LLC,

             Defendants.

**4:19CV3046**


**ORDER**

On April 24, 2020, the parties jointly moved for an extension of various progression deadlines in the above-captioned matter due to the unexpected circumstances created by the COVID-19 pandemic. (Filing No. 68). The motion indicates that depositions have been continued and that counsel for the parties have been delayed in reviewing and producing documents. (Id.)

The court is cognizant of the strains that the COVID-19 pandemic has created on many litigants. However, the court must remain equally cognizant of its duty to ensure the just and speedy progression of civil matters. See Fed R. Civ. P. 1. Thus, the court will grant the motion in part, and will readdress the need for deadline extensions at the parties' May 19, 2020 telephonic conference.

Accordingly, IT IS ORDERED:

1) The parties' joint motion for an extension of deadlines (Filing No. 68) is granted in part. The deadline for completing written discovery is

extended to June 1, 2020 and the deadline to compel written discovery responses is June 15, 2020. The motion is denied in all other respects.

2) The parties shall be prepared to address the need for any additional extensions at the telephonic conference set before the undersigned magistrate judge for May 19, 2020 at 11:00 a.m.

Dated this 28th day of April, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge