IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HUMPHREYS & PARTNERS ARCHITECTS, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>COMMERCIAL INVESTMENT PROPERTIES, INC., STUDIO951, LTD., LUND COMPANY, and EAST LAKE FLATS, LLC,<br><br>Defendants. | 4:19CV3046<br><br>ORDER |

IT IS ORDERED that the motion to withdraw filed by Catherine L. Stegman, as counsel of record for Defendant, Studio951, Ltd. (Filing No. 138), is granted. Catherine L. Stegman shall no longer receive electronic notice in this case.

Dated this 10th day of August, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge