IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HUMPHREYS & PARTNERS ARCHITECTS, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> COMMERCIAL INVESTMENT PROPERTIES, INC., STUDIO951, LTD., LUND COMPANY, and EAST LAKE FLATS, LLC, <br><br> Defendants. | **4:19CV3046** <br><br> **ORDER** |
| HUMPHREYS & PARTNERS ARCHITECTS, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> VILLAS AT BUTLER RIDGE, LLC, <br><br> Defendant. | **4:20CV3037** |
| HUMPHREYS & PARTNERS ARCHITECTS, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> FREMONT AT 84, LLC, <br><br> Defendant. | **4:20CV3038** |

| | |
|---|---|
| HUMPHREYS & PARTNERS ARCHITECTS, L.P.,<br><br>        Plaintiff,<br><br>    vs.<br><br>INVEST OMAHA II, LLC,<br><br>        Defendant. | **4:20CV3039** |
| HUMPHREYS & PARTNERS ARCHITECTS, L.P.,<br><br>        Plaintiff,<br><br>    vs.<br><br>NORTH POINTE VILLAS, LLC,<br><br>        Defendant. | **4:20CV3040** |
| HUMPHREYS & PARTNERS ARCHITECTS, L.P.,<br><br>        Plaintiff,<br><br>    vs.<br><br>VILLAS AT WILDERNESS RIDGE, LLC,<br><br>        Defendant. | **4:20CV3042** |

      A conference call was held today in the above-captioned cases. The parties are working to finish depositions and have scheduled mediation to be held on December 2, 2021. The mediation will be focused on resolving each of the above-captioned cases. Counsel are still discussing discovery issues

regarding the topics of a 30(b)(6) deposition of Humpheys scheduled to be held on October 5, 2021.

Accordingly, as to all of the above-captioned cases,

1) The summary judgment and <u>Daubert</u> motion deadlines are vacated.

2) A telephonic conference will be held before the undersigned magistrate judge on September 22, 2021 at 4:00 p.m. to discuss any remaining discovery issues and any other matters which must be addressed to be fully and timely prepared for mediation. Counsel shall use the conferencing instructions assigned to 4:19CV3046 to participate.

3) A telephonic conference will be held before the undersigned magistrate judge on December 14, 2021 at 10:00 to reschedule the summary judgment and <u>Daubert</u> deadlines, and to schedule the trial and pretrial conference. This conference call will be cancelled upon advance notice that all of the above-captioned cases are settled. If not all the cases are settled, but a specific case is, defense counsel for the settled case need not participate in the call. Counsel shall use the conferencing instructions assigned to 4:19CV3046 to participate.

Dated this 7th day of September, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge